UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA DIVISION

| | |
|---|---|
| RAFAEL BARRIGA-CAMPUSANO | CIVIL ACTION NO. 26-0483 |
| | SECTION P |
| VS. | |
| | JUDGE ROBERT R. SUMMERHAYS |
| SHAD RICE, ET AL. | MAG. JUDGE DAVID J. AYO |

# JUDGMENT

The Report and Recommendation of the Magistrate Judge having been considered, no objections thereto having been filed,

IT IS ORDERED, ADJUDGED, AND DECREED that Petitioner Rafael Barriga-Campusano's petition for habeas corpus is **GRANTED**: Respondents, and the Warden of Central Louisiana ICE Processing Center, shall (A) immediately release Petitioner from custody without bond, under reasonable conditions of supervision if necessary and (B) notify Petitioner's counsel of the exact location and time of her release no less than two hours before her release.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that any possible or anticipated removal or transfer of Petitioner under this present detention is **PROHIBITED**.[1] Respondents shall, within **24 hours** after Petitioner's release, file a status report confirming her release.

THUS DONE in Chambers, this 7th day of August, 2026.

ROBERT R. SUMMERHAYS
UNITED STATES DISTRICT JUDGE

[1] In other words, it is the intent of the Court that Petitioner shall not be released only to be immediately taken back into custody. The Court expresses no opinion as to whether Petitioner could or should be taken into custody at a later date if travel documents were to be obtained.